```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
TAMARA WAREKA, *personally known as Tamara*  :
*Williams*,                                   :
                                              :
                              Plaintiff,      :           1:24-cv-9376-GHW
                                              :
            -against-                         :
                                              :            <u>ORDER</u>
MARYAM BEAUTY LLC, *et al.*,                  :
                                              :
                              Defendants.     :
-------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

On April 14, 2025, the parties filed a "stipulation of settlement and dismissal." Dkt. No. 16 (the "Stipulation"). The Stipulation purports to be signed by counsel for both parties, *id.* at 2, but the signatory on behalf of Defendants has not appeared in this case. The Court cannot act on a stipulation where all signatories have not appeared. Attorney A. John P. Mancini is directed to promptly file a notice of appearance in this case.

The Stipulation also states that it is "subject to the approval of the Court." *Id.* at 1. It is unclear why the parties have made their stipulation of dismissal subject to Court approval. It is also unclear what within the Stipulation the parties wish for the Court to approve. The Court will hold a conference on April 21, 2025 at 3:00 p.m. to discuss the Stipulation. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.

Plaintiff is directed to serve a copy of this order on Defendants and to retain proof of service.

SO ORDERED.

Dated: April 15, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge